No. 603. BACKUS ET AL., RECEIVERS, *v.* UNITED STATES. March 4, 1933. Petition for writ of certiorari to the Court of Claims denied. Messrs. *Carmi A. Thompson, E. F. Colladay,* and *Wilton H. Wallace* for petitioners. Solicitor General *Thacher* and Messrs. *Whitney North Seymour, Charles F. Kincheloe,* and *Fred K. Dyar* for the United States.

No. 614. WESTERN SHADE CLOTH CO. *v.* UNITED STATES. March 4, 1933. Petition for writ of certiorari to the Court of Claims denied. Mr. *Clarence N. Goodwin* for petitioner. Solicitor General *Thacher* and Messrs. *Whitney North Seymour, Charles F. Kincheloe,* and *Erwin N. Griswold* for the United States.

